UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRADEX GLOBAL MASTER FUND SPC LTD.,
on behalf of itself and all others similarly situated,

|  |  |
|---|---|
| Plaintiff, | Civ. Action No.:<br>09-cv-6395 (GBD) |
| v. | **NOTICE<br>OF VOLUNTARY** |
| ANTHONY L.M. INDER RIEDEN, DAWN E. DAVIES, EURO-DUTCH MANAGEMENT LTD., ASPEN INTERNATIONAL INVESTMENT LTD., ERNST & YOUNG [CAYMAN ISLANDS], ERNST & YOUNG [BAHAMAS], ERNST & YOUNG LLP, HARLEY INTERNATIONAL (CAYMAN) LTD., and FIX ASSET MANAGEMENT, | **DISMISSAL<br>WITHOUT<br>PREJUDICE** |
| Defendants. | |

------------------------------------------------------------------------x

Plaintiff, Tradex Global Master Fund SPC Ltd., gives notice that it is hereby voluntarily dismissing the above-captioned action without prejudice.

**SHALOV STONE BONNER
 & ROCCO LLP**

By: /s/ Lee S. Shalov
         Lee S. Shalov

485 Seventh Avenue
Suite 1000
New York, NY 10018
(212) 239-4340
Fax (212) 239-4310

*Attorneys for Plaintiffs*

## **CERTIFICATION**

       I hereby certify that on August 3, 2010, I caused a true and correct copy of the foregoing instrument to be filed with the Clerk of Court via the CM/ECF system, which will deliver electronic copies to all Counsel of record registered with CM/ECF.


Dated: August 3, 2010                       */s/ Lee S. Shalov*
                                                         Lee S. Shalov

                                          SHALOV STONE BONNER
                                               & ROCCO LLP
                                          485 Seventh Avenue, Suite 1000
                                          New York, NY 10018
                                          Phone: (212) 239-4340
                                          Fax:    (212) 239-4310