UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                                  :

Tradex Global Master Fund SPC Ltd.,      :

                              Plaintiff,       :
         -against-                                 :         09 CV 6395

                                                  :
Inder Rieden, et. al.,                     :         <u>ORDER</u>

                              Defendants.     :

------------------------------------- x

GEORGE B. DANIELS, District Judge:

       The federal securities claims alleged in Plaintiff's Proposed Amended Complaint are dismissed with prejudice.

Dated: August 12, 2010
       New York, New York

SO ORDERED:

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 AUG 2010